IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH D'ALESSANDRO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. Act. No. 04-879-JJF |
| | : |
| BRANN & ISAACSON, PETER J. | : |
| BRANN, SMITH KATZENSTEIN | : |
| FURLOW LLP, LAURENCE V. | : |
| CRONIN, and L.L. BEAN, INC., | : |

O R D E R

At Wilmington, this 12 day of July 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (D.I. 1) is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

UNITED STATES DISTRICT JUDGE